1  Jane M. Flynn, Bar No. 167466
   FEDERAL EXPRESS CORPORATION
2  2601 Main Street, Suite 340
   Irvine, California 92614
3  Telephone: (949) 862-4643
   Facsimile: (949) 862-4605
4  E-mail: jane.flynn@fedex.com

5  Attorney for Defendant
   FEDERAL EXPRESS CORPORATION
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | KATHRYN NOBLE,                         | Case No. CV 11-01062 TEH
12 |         Plaintiff,                     | [~~PROPOSED~~] ORDER CONTINUING
   |                                        | THE FURTHER CASE MANAGEMENT
13 |   v.                                   | CONFERENCE FOR 30 DAYS AND
   |                                        | ALLOWING TELEPHONIC
14 | FEDERAL EXPRESS                        | APPEARANCE
   | CORPORATION, and DOES 1                | **AS MODIFIED BY THE COURT**
15 | through 20, inclusive,                 | [STIPULATION FILED
   |                                        | CONCURRENTLY HEREWITH]
16 |         Defendants.                    |
   |                                        | Complaint Filed: March 7, 2011
17 |                                        | Trial Date: None Set

18

19     Pursuant to the Stipulation to Continue the Further Case Management

20  Conference for 30 days filed by the parties herein, the Court hereby continues the

21  Further Case Management Conference to <u>March 5, 2012,</u>    at 1:30 p.m.  The Further

22  Case Management Conference set for January 23, 2012 at 1:30 p.m. is hereby

23  advanced and vacated.

24     Defendant FEDERAL EXPRESS CORPORATION has submitted an *Ex Parte*

25  Application for Telephonic Appearance at the Case Management Conference in the

26  above-referenced matter.

27     For good cause shown, the Court hereby GRANTS the request and instructs
                                   number provided by the Clerk
28  defense counsel to call the ~~Clerk at (415) 522-2047~~ at 1:30 p.m. on <u>March 5, 2012.</u>

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

913189 (60-13302)                            1
     [PROPOSED] ORDER CONTINUING FURTHER CMC FOR 30 DAYS AND TELEPHONIC APPEARANCE
                                                        Case No. CV 11-01062 TEH

1  ~~2012~~.

2  SO ORDERED.

3

4  Dated: 01/17/2012    By: _____
                              HON. THELTON E. HENDERSON
5                             UNITED STATES DISTRICT COURT

*IT IS SO ORDERED AS MODIFIED*
*Judge Thelton E. Henderson*

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

913189 (60-13302)                              2
[PROPOSED] ORDER CONTINUING FURTHER CMC FOR 30 DAYS AND TELEPHONIC APPEARANCE
                                                    Case No. CV 11-01062 TEH