1  Jane M. Flynn, Bar No. 167466
   FEDERAL EXPRESS CORPORATION
2  2601 Main Street, Suite 340
   Irvine, California 92614
3  Telephone:  (949) 862-4643
   Facsimile:   (949) 862-4605
4  E-mail:  jane.flynn@fedex.com

5  Attorney for Defendant
   FEDERAL EXPRESS CORPORATION
6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   KATHRYN NOBLE, | Case No. CV 11-01062 TEH |
| 12           Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING THE FURTHER CASE MANAGEMENT CONFERENCE FOR 30 DAYS AND ALLOWING TELEPHONIC APPEARANCE |
| 13         v. | |
| 14   FEDERAL EXPRESS CORPORATION, and DOES 1 through 20, inclusive, | **AS MODIFIED BY THE COURT** |
| 15 | [STIPULATION FILED CONCURRENTLY HEREWITH] |
| 16           Defendants. | |
| 17 | Complaint Filed: March 7, 2011<br>Trial Date: None Set |

18

19         Pursuant to the Stipulation to Continue the Further Case Management

20   Conference for 30 days filed by the parties herein, the Court hereby continues the

21   Further Case Management Conference to <u>March 5, 2012,</u>     at 1:30 p.m.  The Further

22   Case Management Conference set for January 23, 2012 at 1:30 p.m. is hereby

23   advanced and vacated.

24         Defendant FEDERAL EXPRESS CORPORATION has submitted an *Ex Parte*

25   Application for Telephonic Appearance at the Case Management Conference in the

26   above-referenced matter.

27         For good cause shown, the Court hereby GRANTS the request and instructs

28   defense counsel to call the ~~Clerk at (415) 522-2047~~ *number provided by the Clerk* at 1:30 p.m. on <u>March 5, 2012.</u>

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

913189 (60-13302)                                  1
[PROPOSED] ORDER CONTINUING FURTHER CMC FOR 30 DAYS AND TELEPHONIC APPEARANCE
Case No. CV 11-01062 TEH

1  ~~2012~~.

2  SO ORDERED.

3

4  Dated: 01/17/2012                          By: _____
5                                                  HON. THELTON E. HENDERSON
                                                    UNITED STATES DISTRICT COURT

*IT IS SO ORDERED AS MODIFIED*
*Judge Thelton E. Henderson*

---

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

913189 (60-13302)                                    2
[PROPOSED] ORDER CONTINUING FURTHER CMC FOR 30 DAYS AND TELEPHONIC APPEARANCE
Case No. CV 11-01062 TEH