Jane M. Flynn, Bar No. 167466
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4643
Facsimile: (949) 862-4605
E-mail: jane.flynn@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN NOBLE,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. CV 11-01062 TEH<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41<br><br>[STIPULATION FOR DISMISSAL FILED CONCURRENTLY HEREWITH]<br><br>Complaint Filed: March 7, 2011<br>Trial Date: None Set |

Pursuant to Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear its own costs and attorney's fees.

SO ORDERED.

Dated: 01/23/2012

By: _____
HON. _____ANDERSON
UNITED STATES DISTRICT COURT
Judge Thelton E. Henderson

912499 (60-13302)